46 So.2d 230
### Willie E. JONES v. STATE.
### 2 Div. 279.

Supreme Court of Alabama.
March 2, 1950.

Rehearing Denied May 18, 1950.

John W. Drinkard, of Linden, for petitioner.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Willie E. Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jones v. State, 46 So. 2d 229.

Writ denied.

BROWN, FOSTER, LAWSON and STAKELY, JJ., concur.